**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Derrick Keith USSERY, Sr., a/k/a
Boogaloo, Defendant–
Appellant.**

No. 13–7181.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 31, 2014.

Decided: Feb. 20, 2014.

Derrick Keith Ussery, Sr., Appellant Pro Se. Jennifer P. May–Parker, Evan Rikhye, Assistant United States Attorneys, Joshua Bryan Royster, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick K. Ussery, Sr., seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2255 (2012) motion and his Fed.R.Civ.P. 60(b) motion for reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substan-tial showing of the denial of a constitution-al right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assess-ment of the constitutional claims is debata-ble or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debata-ble, and that the motion states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Ussery has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny as moot Ussery's motion to place his case in abeyance pending our decision in *Miller v. United States,* 735 F.3d 141 (4th Cir. 2013) as moot, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are ade-quately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*